# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | |
| ) | |
| **MARK MURPHY,** ) | Case 5:20-cr-00291-LSC-SGC |
| **JENNIFER MURPHY,** ) | |
| **MARK MURPHY, JR., and** ) | |
| **WILLIE FRANK MURPHY** ) | |

## <u>UNITED STATES' UNOPPOSED MOTION TO PERMIT THE WITHDRAWAL OF ANTHONY BURBA AND CHINELO DIKE-MINOR</u>

The United States is represented by several lawyers. Two of the original lawyers representing the government, Chinelo Dike-Minor and Anthony Burba, have left the Department of Justice to take positions elsewhere. Accordingly, the government requests that the Court permit the withdrawal of these two lawyers as counsel in this matter. The defendants have informed the government that they have no opposition to this request.

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section

JILLIAN D. WILLIS
Assistant Chief, Fraud Section

EMILY M. GURSKIS
Trial Attorney, Fraud Section

PRIM F. ESCALONA
United States Attorney


*/s/ John B. Ward*
JOHN B. WARD
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that, on February 3, 2022, I filed this document with the United States District Court for the Northern District of Alabama, and caused a copy to be served on the defendants' counsel of record.

*/s/ John B. Ward*
JOHN B. WARD
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2001
