U. S. District Court, Northern District of Alabama
Office of the Clerk
140 Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk of Court

**Appeal #        23-10781-J**

Dave Smith, Clerk of Court
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No.:     5:20-cr-291-LSC-SGC

IN RE:      USA v. Mark Murphy and Jennifer Murphy
DATE:       March 24, 2023

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this transmittal.

X   Government and Defense Exhibits Jury Trial

                                            Greer M. Lynch, Clerk

                                            By: /s/ K. Bowman
                                                Deputy Clerk

xc:      Counsel